United States District Court
Southern District of Texas
**ENTERED**
June 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALMA BURKS | § | |
| | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-1824 |
| | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY ADMINISTRATION | § | |

## <u>ORDER ADOPTING MEMORANDUM AND RECOMMENDATION</u>

Pending before the Court in the above referenced proceeding are the Parties' cross-motions for summary judgment (Doc. Nos. 13, 14) and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No.18). Neither party filed objections to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that the Commissioner's Motion for Summary Judgment (Doc. No,. 14) be granted, the Plaintiff's Motion for Summary Judgment (Doc. No. 12) be denied and the Commissioner's decision be affirmed. Accordingly, it is hereby

**ORDERED** that the Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No.18) is ADOPTED; Plaintiff's Motion for Summary Judgment (Doc. No. 13) is DENIED; the Commissioner's Motion for Summary Judgment is GRANTED; and the Commission's decision is AFFIRMED.

SIGNED this _12th_ day of June 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE